United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Carlos Orlando Ledesma,<br>Nadia Esperanza Ledesma,<br>Roberto Marrero-Cisneros,<br>Defendants. | )<br>)<br>)<br>)<br>) Criminal Case No. 22-20269-CR-Scola<br>)<br>)<br>)<br>)<br>) |

## Order Continuing Trial – Ends of Justice

**This Cause** came before the Court on Defendant Carlos Orlando Ledesma's Unopposed Motion to Continue Trial Date, filed August 2, 2022. Co-defendants Nadia Esperanza Ledesma, and Roberto Marrero-Cisneros have no objection to the continuance and neither does the Government. The Court has considered the Motion, the arguments presented by Counsel, and being otherwise fully advised, it is

**Ordered and Adjudged** that Defendant Carlos Orlando Ledesma's Unopposed Motion to Continue Trial Date (**ECF No. 33**) is **granted**, and the trial date is continued as to the three defendants. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, **August 2, 2022**, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

The above cause is hereby set for jury trial before the Honorable Robert N. Scola, Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida, during the two-week trial period that begins on **March 13, 2023, at 9:00 a.m.** A calendar call will be held on **Tuesday, March 7, 2023, at 9:00 a.m.** at the same location. **All counsel and defendants are required to be present at the calendar call.**

**Done and Ordered** in Chambers at Miami, Florida, on August 3, 2022.

_____
**Robert N. Scola, Jr.**
**United States District Judge**