**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:  22-20269-CR-SCOLA/GOODMAN

**UNITED STATES OF AMERICA,**

vs.

**CARLOS ORLANDO LEDESMA,**
**NADIA ESPERANZA LEDESMA,**
**OSMANI VALDIA PEREZ, and**
**ROBERTO MARRERO-CISNERO**
_____/

## DEFENDANTS, CARLOS LEDESMA AND NADIA LEDESMA'S UNOPPOSED MOTION TO PERMIT TRAVEL OUTSIDE SOUTHERN DISTRICT OF FLORIDA

The Defendants, Carlos Orlando Ledesma and Nadia Esperanza Ledesma, by and through their respective counsel, files this Unopposed Motion to Permit Travel Outside the Southern District of Florida, and states as follows:

1. The Defendants, Carlos Ledesma and Nadia Ledesma desire to travel to Philadelphia, PA and Washington DC, between December 26, 2022 through January 1, 2023 in order to take their daughter to visit colleges in those areas.

2. The Defendants will travel to Philadelphia on America Airlines flight 551 on December 28, 2022 and stay at the Wyndham Philadelphia Historic Hotel, 400 Arch Street, Philadelphia PA 19106 from December 26 through December 28.  On December 28, the Defendants will travel to Washington DC in a car and stay at the Holiday Inn Washington Capitol National Mall, 550 C Street SW, Washington DC 20024 through January 1, 2023.  The Defendants will then return to Miami on American Airlines flight 491 on January 1, 2023.

1

3.      Undersigned counsel spoke with the AUSA in this matter, Ana Maria Martinez, and she has no objection to this motion.

4.      Undersigned counsel spoke with Defendant's probation office, Jim Navarro and he likewise has no objection.

WHEREFORE, the Defendants, Carlos Orlando Ledesma and Nadia Esperanza Ledesma, respectfully requests that the Court enter an order permitting travel outside the jurisdiction as described in this motion, and such other relief that this Court deem just and proper.

Respectfully submitted,

**RICK YABOR LAW, P.A.**
10631 North Kendall Drive
Suite 135
Miami, FL 33176
Office (305) 760-2277
Email: rick.yabor@yaborlaw.com

BY: /s/ Rick Yabor
    **RICK L. YABOR**
    Florida Bar No: 191019

**RENIER DIAZ DE LA PORTILLA, P.A.**
1481 NW 22nd Street
Miami, FL 33142
renier@diazdelaportillalawyers.com
Office: (305) 900-9311

BY: /s/ Renier Dias de la Portilla
    **RENIER DIAZ DE LA PORTILLA**
    Florida Bar No: 39631

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on December 16, 2022, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify the forgoing document is being served this day on all counsel of record either via transmission of Notices of Electronic

Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

                                BY:  /s/ Rick Yabor
                                      **RICK L. YABOR**