UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-20269-CR-SCOLA

UNITED STATES OF AMERICA,

vs.

NADIA LEDESMA
_____/

**UNOPPOSED MOTION FOR PERMISSION TO
TRAVEL OUTSIDE JURISDICTION**

The Defendant, Nadia Ledesma, by and through undersigned counsel, files this Unopposed Motion for Permission to Travel Outside of Jurisdiction, and states as follows:

1. On June 29, 2022 the Defendant, Carlos Ledesma, and his wife, Co-Defendant, Nadia Ledesma, appeared before the Court on a Ten (10) Count Indictment.

2. On March 10th, 2023 the Defendant and her co-defendant husband signed a Plea Agreement and Factual Proffer with the government.

3. The Defendant now seeks Court permission to visit her husband, Carlos Ledesma. The Defendant will provide her respective Probation Officer with her exact location of her visit to Coleman Federal Prison Camp, located at 846 NE 54th Terrace, Sumterville, FL 33521.

4. Undersigned counsel has conferred with AUSA Ana Maria Martinez and she has no objection to this motion.

WHEREFORE, the Defendant, Nadia Ledesma, respectfully requests that this Court grant this unopposed motion and permit travel outside the jurisdiction on October 28th, 2023 to return the same day, and such other relief that this Court deems just and proper.

1

**RENIER DIAZ DE LA PORTILLA, P.A.**
1481 NW 22nd. Avenue
Miami, FL 33142

BY:  /s/ Renier Diaz de la Portilla
Florida Bar No: 39631

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25th, 2023, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF.  I also certify the forgoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

BY:  /s/ Renier Diaz de la Portilla
**Renier Diaz de la Portilla**