UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

v.

NADIA ESPERANZA LEDESMA,
Defendant.



Case No.: 1:22-cr-20269

EMERGENCY MOTION FOR COMPASSIONATE RELEASE
PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)

COMES NOW Defendant, Nadia Esperanza Ledesma, pro se, and respectfully moves this Honorable Court for emergency compassionate release, or in the alternative, a reduction of sentence to time served, pursuant to 18 U.S.C. § 3582(c)(1)(A). Extraordinary and compelling reasons justify immediate relief, and continued confinement places Defendant at serious and unnecessary medical risk.

I. EMERGENCY NATURE OF THIS MOTION AND REQUEST TO WAIVE EXHAUSTION

This motion is filed on an emergency basis due to Defendant's life-threatening medical condition: Deep Vein Thrombosis with Pulmonary Embolism. This condition involves dangerous blood clots that have traveled to the lungs and can result in sudden death if not properly monitored and treated.

Although Defendant has not submitted a formal compassionate release request to the warden, courts may waive administrative exhaustion where delay would cause irreparable harm. Requiring exhaustion here would expose Defendant to serious medical danger. Defendant respectfully requests that the Court waive exhaustion.

II. PROCEDURAL BACKGROUND

Defendant was sentenced to eighteen months imprisonment. She was initially housed at FPC Marianna from approximately May 15, 2025 through November 12, 2025, and was later transferred to Riverside BOP, located at 968 NW 2nd Street, Miami, Florida 33128, where she is currently confined.

Defendant has served a substantial portion of her sentence and is currently in a pre-release custodial phase that no longer serves the purposes of sentencing.

## III. EXTRAORDINARY AND COMPELLING REASONS

Defendant's medical condition is confirmed by Bureau of Prisons Health Services records. BOP documentation shows Defendant is currently diagnosed with Pulmonary Embolism, with a documented history of pulmonary embolism in October 2024, and is prescribed Apixaban (Eliquis) 5 mg twice daily, a potent anticoagulant medication requiring strict compliance, monitoring, and timely administration.

The records reflect ongoing chronic care follow-ups and confirm this is a current condition. Any disruption in treatment or delayed response places Defendant at serious risk of recurrent embolism, internal bleeding, stroke, or death.

Continued confinement in a non-medical custodial setting is medically unsafe and constitutes an extraordinary and compelling reason for immediate compassionate release.

## IV. FAMILY CIRCUMSTANCES AND APPROVED RELEASE PLAN

Defendant has strong family support, including her husband and her twenty-year-old daughter who is currently enrolled in university and relies on Defendant's support.

Defendant's residence has been inspected and approved by Riverside Christian Ministries. Defendant has been authorized for unsupervised ten-hour home passes on December 25, 2025 and January 1, 2026, further demonstrating suitability for immediate release to the approved residence.

The approved residence address is 980 NW 127th Avenue, Miami, Florida 33182.

## V. 18 U.S.C. § 3553(a) FACTORS

A sentence reduction is consistent with the factors set forth in 18 U.S.C. § 3553(a). Defendant does not pose a danger to the community, has complied with institutional rules, and continued incarceration is greater than necessary to meet sentencing objectives.

## VI. REQUEST FOR RELIEF

WHEREFORE, Defendant respectfully requests that the Court grant emergency compassionate release and reduce her sentence to time served, or in the alternative, modify her sentence to supervised release with home confinement, and grant any further relief deemed just and proper.

Respectfully submitted,

Nadia Esperanza Ledesma
Defendant, Pro Se
Date of Birth: January 19, 1977
Riverside BOP, Miami, Florida
Email: nrmiami@outlook.com
Phone: 305-498-9965

## DECLARATION OF NADIA ESPERANZA LEDESMA

I, Nadia Esperanza Ledesma, declare under penalty of perjury that the following statements are true and correct.

I am the Defendant in Case No. 1:22-cr-20269 and am currently confined at Riverside BOP in Miami, Florida.

I have been diagnosed with Pulmonary Embolism, with a documented history of pulmonary embolism in October 2024.

Bureau of Prisons medical records confirm my condition is current and that I am prescribed Apixaban (Eliquis) 5 mg twice daily. I also suffer from iron deficiency anemia and am enrolled in chronic care follow-ups.

I am not receiving the level of medical monitoring required, and remaining incarcerated places my health and life at serious risk.

My residence has been inspected and approved, and I have been authorized for unsupervised ten-hour home passes on December 25, 2025 and January 1, 2026.

I have an approved residence at 980 NW 127th Avenue, Miami, Florida 33182.

I respectfully request emergency compassionate release or a reduction of sentence to time served due to my serious medical condition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of December, 2025.

_____
Nadia Esperanza Ledesma

EXHIBIT B

Bureau of Prisons Medical Records

08453-510

Inmate Name: LEDESMA, NADIA ESPERAN...

## Bureau of Prisons
## Health Services
## Inmate Halfway House

Reg # 08453-510

Inmate Name: LEDESMA, NADIA ESPERANZ

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded

TB Clearance: Yes

Last PPD Date: 05/17/2025            Induration: 0mm
Last Chest X-Ray Date: _____   Results: _____
TB Treatment: _____            Sx free for 30 days: Yes
TB Follow-up Recommended: No

Transfer To: _____             Transfer Date: 11/12/2025

Health Problems

| Health Problem | Status |
|---|---|
| Bacterial infection, unspecified<br>BV on PAP | Current |
| Iron deficiency anemia | Current |
| Pulmonary embolism<br>Hx PE 10/2024; Apixaban 5mg bid | Current |
| Encounter for gynecological exam (general) (routine) without abnormal findings | Current |

Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

Apixaban 5 MG Tablet  Exp: 11/23/2025  SIG: Take one tablet (5 MG) by mouth twice daily for 30 days
Ferrous Gluconate 324 (37.5 Fe) MG Tab  Exp: 11/23/2025  SIG: Take one tablet by mouth each day

OTCs: Listing of all known OTCs this inmate is currently taking.
None

Pending Appointments:

| Date | Time | Activity | Provider |
|---|---|---|---|
| 12/01/2025 | 00:00 | APP Chronic Care Follow up | APP 05 |
| 05/17/2026 | 00:00 | PPD Administration | Nurse |
| 05/27/2026 | 00:00 | Chronic Care Visit | Physician |

Non-Medication Orders:
No Data Found

Active Alerts:
No Data Found

Consultations:
Pending Institutional Clinical Director Action
No Data Found

Pending UR Committee Action
No Data Found

Pending Regional Review Action
No Data Found

Pending Scheduling
No Data Found

Pending Consultation
No Data Found

Pending Results
No Data Found

Generated 11/12/2025 07:45 by Williams, C. RN            Bureau of Prisons - MNA

EXHIBIT C

Approved Home Inspection and Home Pass Authorization

Yes, you are eligible for a 10 hour home visit pass on 12/25/2025 and 1/1/2026.

Best,



RIVERSIDE HOUSE

K. Lanier

Case Manager

Riverside Christian Ministries, Inc

[address illegible]

[city/state/zip illegible]

(305) 545 -0926 Ext 204 (w)

(786) 418-9649 (Direct Line)

(305) 326-7984(Fax)

**From:** Nadia <nrmiami@gmail.com>
**Sent:** Monday, December 15, 2025 12:30 PM
**To:** K. Lanier <klanier@riverside-house.org>
**Subject:** Approved home inspection / Holidays home pass

Good day Ms Lanier

Just to let you know that today Mr Tejada went to my home to complete respective inspection and on last Friday my husband got the interview with him. Today Mr Tejada confirmed then I'm elegible to request home pass to Christmas and New Year

Thank you for your kind attention

Best rgds,

Nadia Ledesma

Ph 305-498-9865

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR COMPASSIONATE RELEASE**

THIS CAUSE came before the Court upon Defendant's Emergency Motion for Compassionate Release. The Court finds extraordinary and compelling reasons exist due to Defendant's serious medical condition and that the factors under 18 U.S.C. § 3553(a) support relief.

IT IS ORDERED AND ADJUDGED that Defendant's sentence is reduced to time served. The Bureau of Prisons is directed to release Defendant immediately.

DONE AND ORDERED this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE