UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cr-20269

**EMERGENCY MOTION TO HOLD DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE IN ABEYANCE PENDING EXHAUSTION OF ADMINISTRATIVE REMEDIES**

COMES NOW Defendant, **Nadia Esperanza Ledesma**, pro se, and respectfully moves this Court to hold her pending Emergency Motion for Compassionate Release in abeyance pending exhaustion of administrative remedies pursuant to 18 U.S.C. § 3582(c)(1)(A).

Defendant acknowledges that exhaustion of administrative remedies is required prior to judicial consideration of a motion for compassionate release. Defendant has initiated the administrative compassionate release request process with the Bureau of Prisons and seeks to preserve the Court's jurisdiction to consider her motion once exhaustion is satisfied.

Because Defendant suffers from a serious medical condition and intends to promptly refile upon completion of the statutory exhaustion period, Defendant respectfully requests that the Court hold the pending motion in abeyance rather than deny it, in the interests of judicial economy.

WHEREFORE, Defendant respectfully requests that the Court hold the pending motion in abeyance pending exhaustion of administrative remedies and grant such further relief as the Court deems just and proper.

Respectfully submitted,

Nadia Esperanza Ledesma
Defendant, Pro Se